IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


JAMES B. MOORE                                                      PLAINTIFF

v.                            Civil No. 07-4011

NURSE PENNY, Miller
County Detention Center;
SGT. RENE WRIGHT; and
WARDEN GRIFFEN                                                      DEFENDANTS

### O R D E R

Now on this 18th day of January, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. Barry A. Bryant** (document #23, filed November 26, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **defendants' motion to dismiss (Doc. #21) is hereby granted and this case is dismissed with prejudice.**

**IT IS SO ORDERED.**

                                        /s/Jimm Larry Hendren
                                        HON. JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE